

Signed: October 30, 2015

ALAN JAROSLOVSKY U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

PATRICIA KAY RENTSCHLER

Debtor

Case No. 98-14726

Chapter No. 7

**REVISED ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Commercial Financial Services, Inc. in the total amount of $8,309.04 was not cashed within the 90 day limit and an unclaimed money report was filed on 08/23/2001 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Oak Point Partners, Inc. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $8,309.04 to the order of Commercial Financial Services, Inc. and mail to P.O. Box 1033, Northbrook, IL 60065

**End of Order**
**No Service List Requested**